1  Todd M. Friedman, Esq. (State Bar No. 216752)
   tfriedman@toddflaw.com
2  Adrian R. Bacon, Esq. (State Bar No. 280332)
   abacon@toddflaw.com
3  Law Offices of Todd M. Friedman, P.C.
   21550 Oxnard Street, Suite 780
4  Woodland Hills, CA 91367
   Tel:  (888) 595-9111
5  Fax:  (866) 633-0228

6  Attorneys for Plaintiff ANNE WOLF

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANNE WOLF, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**,<br><br>Plaintiff,<br><br>vs.<br><br>**HEWLETT PACKARD COMPANY**,<br><br>Defendant. | Case No. **5:15-CV-01221-BRO-GJS**<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon.  Beverly Reid O'Connell<br>Date:   October 23, 2017<br>Time: 1:30 p.m.<br>Place: Courtroom 7C<br>          350 West 1st Street,<br>          Los Angeles, CA 90012 |

Case No. 5:15-CV-01221-BRO-GJS

**NOTICE OF MOTION**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

YOU ARE HEREBY NOTIFIED THAT at 1:30 p.m. on October 23, 2017, or as soon thereafter as the matter can be heard, in Courtroom 7C, 350 West 1st Street, Los Angeles, CA 90012 of the above entitled Court, Plaintiff Anne Wolf will apply for an order (1) consolidating the following cases: *Anne Wolf v. HP, INC.*, Case No. 5:15-cv-012210-BRO-GJS filed in the United States District Court for the Central District of California, *Robin Sergi v. HP, INC.*, Case No. 8:16-cv-022225-BRO-GJS filed in the United States District Court for the Central District of California, *Robin Sergi v. HP, INC.*, Case No. 8:16-cv-022225-BRO-GJS filed in the United States District Court for the Central District of California, *Carlos Romero v. HP, INC.*, Case No. 5:16-cv-05415-EJD filed in the United States District Court for the Northern District of California, and *Anthony Ferenbach v. Hewlett Packard Company* Case No. 3:16-cv-02297-MMA-MDD filed in the United States District Court for the Southern District of California; (2) preliminarily approving the proposed settlement of this class action with Defendant Hewlett Packard Company; (3) approving the form and method for providing classwide notice; (4) directing that notice of the proposed settlement be given to the class; and, (5) scheduling a final approval hearing date to consider Plaintiff's request for final approval of the proposed settlement and Plaintiff's application for attorneys' fees and expenses. Said Motion will be based on this notice, the accompanying points and authorities, the Declaration of Todd M. Friedman, the Class Action Settlement Agreement and Release ("Settlement Agreement") between the parties, the Declaration of Anne Wolf, The Declaration of Robin Sergi, The Declaration of Carlos Romero, The Declaration of Anthony Fehrenbach, and the complete files and records in this action.

///

///

This motion is brought in accordance with Federal Rules of Civil Procedure 23(e) because the proposed Settlement is Fair, Reasonable, and Adequate, and all parties have agreed to the proposed class settlement. This motion is not opposed by Defendant.

Date: September 25, 2017    **The Law Offices of Todd M. Friedman, PC**

By: _/s/ Todd M. Friedman_
    Todd M. Friedman
    *Attorneys for Plaintiffs*