IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE WOLF, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>HEWLETT PACKARD COMPANY,<br><br>　　　　　　　Defendant. | Case No. 5:15-cv-01221- TJH-GJSx<br><br>**ORDER REGARDING MODIFICATION OF PRELIMINARY APPROVAL ORDER  [128]**<br><br>[Hon. Terry J. Hatter] |

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. The Order Granting Preliminary Approval of Class Action Settlement Dkt. No. 120 is modified with respect to Class Members who receive class notice via email by Amazon.

2. The Claim Period for such individuals, as referenced in Paragraph 10 of the Preliminary Approval Order Dkt. No. 120, shall be extended to August 7, 2018.

Dated: May 9, 2018

By: _____
　　Hon. Terry J. Hatter, Jr.
　　United States District Judge